IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MARKO CAPERS,

        Petitioner,

v.                                       Case No. 5D17-1887

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed July 28, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Blaise Trettis, Public Defender, and Michael Pirolo, Assistant Public Defender, Viera, for Petitioner.

Pamela Jo Bondi, Attorney General Tallahassee, and, Marjorie Vincent-Tripp, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the April 20, 2017, order denying Petitioner's motion for postconviction relief, filed in Case No. 2014-CF-0428-E, in the Circuit Court in and for Seminole County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

SAWAYA, TORPY and EDWARDS, JJ., concur.